UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark William Yeo,   Civil No. 15-2748 (MJD/JJK)

    Petitioner,

v.   **ORDER**

Vicki Janssen, Warden,

    Respondent.

---

The above-entitled matter comes before the Court on the Petitioner's objections to the Report and Recommendation of Magistrate Judge Jeffrey J. Keyes dated April 1, 2015 recommending that the Court dismiss his habeas petition.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that

1.    Petitioner Mark William Yeo's petition for a writ of habeas corpus [Doc. No. 1] is DENIED and this matter is DISMISSED WITH

      PREJUDICE; and

2.      The Court denies a Certificate of Appealabiltiy in this case.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 20, 2016                    s/ Michael J. Davis
                                                         MICHAEL J. DAVIS
                                                         United States District Court